| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>822353<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** |

**Order Filed on July 30, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

ANNEMARIE RANTOWICH A/K/A ANN MARIE NAPOLI RANTOWICH
JOSEPH RANTOWICH

Case No: 18-27736 - SLM

Hearing Date: 07/10/2019

Judge:  STACEY L. MEISEL

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 30, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 822353**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

ANNEMARIE RANTOWICH
A/K/A ANN MARIE NAPOLI
RANTOWICH
JOSEPH RANTOWICH

Debtors

CASE NO. 18-27736 - SLM

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 07/10/2019

    This Order pertains to the property located at 7 WEST ELLICE STREET, LINCOLN PARK, NJ 07035-1327, mortgage account ending with "7206";

    **THIS MATTER** having been brought before the Court by, Andrea Silverman, Esquire attorney for debtors, Annemarie Rantowich and Joseph Rantowich upon the filing of a Chapter 13 Plan, SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE (hereinafter **"Specialized Loan Servicing"**) by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the  of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS** on the               day of              , 2019, ORDERED as follows:

    1.    Specialized Loan Servicing has filed a valid, secured Proof of Claim in the amount of **$62,385.80** (claim no. 12-1).

    2.    The Trustee is authorized not to pay the secured arrearage claim of Specialized Loan Servicing in the amount of **$62,385.80** (claim no. 12-1), so debtors can apply and potentially complete a loan modification. Should the debtors qualify for a loan modification, the loan modification must be approved no later than **October 11, 2019 or as extended**.

    3.    If Loan Modification is approved, Specialized Loan Servicing shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

   4. If a loan modification is not approved by **October 11, 2019 or as extended**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

   5. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

   6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.