UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

822353
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**

In Re:

ANNEMARIE RANTOWICH A/K/A ANN MARIE NAPOLI RANTOWICH
JOSEPH RANTOWICH

Order Filed on July 30, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No: 18-27736 - SLM

Hearing Date: 07/10/2019

Judge: STACEY L. MEISEL

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 30, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

NJID 822353
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

ANNEMARIE RANTOWICH
A/K/A ANN MARIE NAPOLI
RANTOWICH
JOSEPH RANTOWICH

    Debtors

CASE NO. 18-27736 - SLM

CHAPTER 13

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 07/10/2019

    **This Order pertains to the property located at 7 WEST ELLICE STREET, LINCOLN PARK, NJ 07035-1327, mortgage account ending with "7206";**

    **THIS MATTER** having been brought before the Court by, Andrea Silverman, Esquire attorney for debtors, Annemarie Rantowich and Joseph Rantowich upon the filing of a Chapter 13 Plan, SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE (hereinafter **"Specialized Loan Servicing"**) by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS** on the _____ day of _____, 2019, **ORDERED** as follows:

    1.    Specialized Loan Servicing has filed a valid, secured Proof of Claim in the amount of **$62,385.80** (claim no. 12-1).

    2.    The Trustee is authorized not to pay the secured arrearage claim of Specialized Loan Servicing in the amount of **$62,385.80** (claim no. 12-1), so debtors can apply and potentially complete a loan modification. Should the debtors qualify for a loan modification, the loan modification must be approved no later than **October 11, 2019 or as extended**.

    3.    If Loan Modification is approved, Specialized Loan Servicing shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

       4.      If a loan modification is not approved by **October 11, 2019 or as extended**, the debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

       5.      Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

       6.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-27736-SLM
Joseph Rantowich                                                                Chapter 13
AnneMarie Rantowich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 02, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db/jdb         +Joseph Rantowich,    AnneMarie Rantowich,    7 West Ellice Street,    Lincoln Park, NJ 07035-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              Andrea    Silverman    on behalf of Joint Debtor AnneMarie   Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Andrea    Silverman    on behalf of Debtor Joseph   Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
               FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
              Peter E. Meltzer    on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING
               AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10