Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−27736−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Rantowich | AnneMarie Rantowich |
| 7 West Ellice Street | 7 West Ellice Street |
| Lincoln Park, NJ 07035 | Lincoln Park, NJ 07035 |

Social Security No.:
  xxx−xx−7055                                              xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 8, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-27736-SLM
Joseph Rantowich                                                                          Chapter 13
AnneMarie Rantowich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 08, 2019
                             Form ID: 148          Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db/jdb          +Joseph Rantowich,   AnneMarie Rantowich,   7 West Ellice Street,   Lincoln Park, NJ 07035-1327
cr              +SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT,   Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
cr              +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517739468        Celentano, Stadtmauer & Walentowicz,   Northview Office Park,   1035 Route 46 East,
                 PO Box 2594,   Clifton, NJ 07015-2594
517739469       +Celentano, Stadtmauer & Walentowicz, LLP,   Notchwich Office Park,   1035 Route 46 East,
                 PO Box 2594,   Clifton, NJ 07015-2594
517739470        Chilton Memorial Hospital,   PO Box 824638,   Philadelphia, PA 19182-4638
517739471       +Dermatology Group PC,   PO Box 827245,   Philadelphia, PA 19182-7245
517832800        EMER PHY ASSOC NORTH JERSEY,PC,   PO Box 1123,   Minneapolis, MN 55440-1123
518172575       +Franklin Lakes Imaging Group,   784 Franklin Avenue,   STe 120,   Franklin Lakes, NJ 07417-1306
517739474       +Household Finance Corporation III,   c/o Corporation Trust Company, RA,   820 Bear Tavern Road,
                 Trenton, NJ 08628-1021
517739475        Imaging Subspecialist of NJ, LLC,   PO Box 3607,   Evansville, IN 47735-3607
517739477        Jeffrey Weiss, MD,   44 Route 23 North,   Ste 6,   Ridgewood, NJ 07451
517739478       +Johnathan Levine, MD,   Riverdale, NJ 07457
517739479        Kohl's/Capone,   PO Box 13115,   Milwaukee, WI 53201
517739480       +Mazda Capital Services c/o Chase,   PO Box 78704,   Phoenix, AZ 85062-8704
517739481       +New Jersey Orthopedic Specialist,   730 Palisade Aveneu,   Teaneck, NJ 07666-3144
517739482       +Phelan Hallinan & Diamond, PC,   400 Fellowship Road, Ste 100,   Mount Laurel, NJ 08054-3437
517739483       +Phelan, Hallinan & Diamond,   400 Fellowship Road,   Suite 100,   Mount Laurel, NJ 08054-3437
517944860       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517944861       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517739485        Summit Medical Groupt,   Attn. #8549X,   PO Box 14000,   Belfast, ME 04915-4033
517864201        U.S. Bank National Association, as Trustee ET.AL.,   Wells Fargo Bank, N.A.,
                 1000 Blue Gentian Road,   Eagan MN 55121-7700
517739488       +Wells Fargo/ASC,   PO Box 1820,   Newark, NJ 07101-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 22:07:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 22:07:18     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Aug 09 2019 02:03:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517854741       +EDI: CINGMIDLAND.COM Aug 09 2019 02:03:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
517739466        EDI: RMCB.COM Aug 09 2019 02:03:00     American Medical Collection Agency,   PO Box 1235,
                 Elmsford, NY 10523-0935
517739467       +EDI: CAPITALONE.COM Aug 09 2019 02:03:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
517780074        EDI: BL-BECKET.COM Aug 09 2019 02:03:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517742987       +E-mail/Text: bankruptcy@cavps.com Aug 08 2019 22:07:19     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517739472        EDI: DIRECTV.COM Aug 09 2019 02:03:00     Direct TV,   PO Box 6550,   Englewood, CO 80155
517739473       +EDI: AMINFOFP.COM Aug 09 2019 02:03:00     First Premier Bank,   601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
517739476        EDI: IRS.COM Aug 09 2019 02:03:00     Internal Revenue Service,
                 SBSE/Insolvency Unit of the IRS,   PO Box 330500-Stop 15,   Detroit, MI 48232
517826831       +EDI: MID8.COM Aug 09 2019 02:03:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517764990        EDI: AGFINANCE.COM Aug 09 2019 02:03:00     ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517868045        EDI: PRA.COM Aug 09 2019 02:03:00     Portfolio Recovery Associates, LLC,   C/O Synchrony Bank,
                 POB 41067,   Norfolk VA 23541
518297663        EDI: PRA.COM Aug 09 2019 02:03:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517869018        EDI: PRA.COM Aug 09 2019 02:03:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
517866325        EDI: PRA.COM Aug 09 2019 02:03:00     Portfolio Recovery Associates, LLC,   c/o Lowe's,
                 POB 41067,   Norfolk VA 23541
517739484       +EDI: PRA.COM Aug 09 2019 02:03:00     PRA Rceivables Management, LLC,   PO Box 12914,
                 Norfolk, VA 23541-0914
517815935       +EDI: JEFFERSONCAP.COM Aug 09 2019 02:03:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: 148              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517741192      +EDI: RMSC.COM Aug 09 2019 02:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
517754764      +EDI: AIS.COM Aug 09 2019 02:03:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517739486      +EDI: VERIZONCOMB.COM Aug 09 2019 02:03:00      Verizon,   PO Box 920041,   Dallas, TX 75392-0041
517739487      +EDI: VERIZONCOMB.COM Aug 09 2019 02:03:00      Verizon Wireless,   PO Box 408,
                  Newark, NJ 07101-0408
                                                                                   TOTAL: 23


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518297662*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
                  Norfolk, VA 23541)
                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
```
          Andrea  Silverman    on behalf of Debtor Joseph  Rantowich court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Andrea  Silverman    on behalf of Joint Debtor AnneMarie  Rantowich court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Craig Scott Keiser    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
           CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
           FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
           CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
          Peter E. Meltzer    on behalf of Creditor   OneMain Financial Group, LLC pmeltzer@wglaw.com,
           ibernatski@wglaw.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
           rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC AS SERVICING
           AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 10
```