| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| ANDREA SILVERMAN, PC (AS5218) 150 River Road, Unit O2B Montville, NJ 07045 Phone: 973-794-3960 Attorney for Debtor | Order Filed on November 20, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |

| | |
|---|---|
| In Re: | Case No.    18-27736 |
| Joseph & AnneMarie Rantowich, | Chapter:    13 |
| Debtor(s) | Hearing Date:   N/A |
| | Judge: Hon. Stacey L Meisel |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 20, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Joseph & AnneMarie Rantowich, Debtors
Case No. 18-27736-SLM
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $450.00 for additional services and $48.00otal due of $498.00 The allowance shall be payable:


_____X____        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain unchanged, and it is further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.