**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on November 20, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Joseph & AnneMarie Rantowich,

Debtor(s)

Case No. 18-27736

Chapter: 13

Hearing Date: N/A

Judge: Hon. Stacey L Meisel

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 20, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Joseph & AnneMarie Rantowich, Debtors
Case No. 18-27736-SLM
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $450.00 for additional services and $48.00otal due of $498.00 The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain unchanged, and it is further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Rantowich  
AnneMarie Rantowich  
    Debtors

Case No. 18-27736-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 21, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.  
db/jdb       +Joseph Rantowich,    AnneMarie Rantowich,    7 West Ellice Street,    Lincoln Park, NJ 07035-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2019 at the address(es) listed below:

         Andrea Silverman    on behalf of Joint Debtor AnneMarie Rantowich court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
         Andrea Silverman    on behalf of Debtor Joseph Rantowich court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
         Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com  
         Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com  
         Peter E. Meltzer    on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com, ibernatski@wglaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al... rsolarz@kmllawgroup.com  
         Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                            TOTAL: 10