Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27736−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

AnneMarie Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

Social Security No.:
xxx−xx−7055

xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/22/20 at 10:00 AM

to consider and act upon the following:

*99* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/30/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*101* − Objection to Trustee Certification of Default (related document:99 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/30/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Andrea Silverman on behalf of AnneMarie Rantowich, Joseph Rantowich. (Silverman, Andrea)

Dated: 12/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court