Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−27736−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Rantowich                            AnneMarie Rantowich
   7 West Ellice Street                          7 West Ellice Street
   Lincoln Park, NJ 07035                  Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−7055                                    xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/22/20 at 10:00 AM

to consider and act upon the following:

**99** − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/30/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

**101** − Objection to Trustee Certification of Default (related document:99 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/30/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Andrea Silverman on behalf of AnneMarie Rantowich, Joseph Rantowich. (Silverman, Andrea)

Dated: 12/23/19

                                                                          Jeanne Naughton
                                                                          Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 18-27736-SLM
Joseph Rantowich                                                Chapter 13
AnneMarie Rantowich
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Dec 23, 2019
                             Form ID: ntchrgbk        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb        +Joseph Rantowich,   AnneMarie Rantowich,   7 West Ellice Street,   Lincoln Park, NJ 07035-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Andrea   Silverman    on behalf of Joint Debtor AnneMarie  Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Andrea   Silverman    on behalf of Debtor Joseph  Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
               FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
              Peter E. Meltzer    on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING
               AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10