**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JOSEPH RANTOWICH
   ANNEMARIE RANTOWICH

Order Filed on February 27, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-27736 SLM**

**Hearing Date:  2/26/2020**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 27, 2020**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  JOSEPH RANTOWICH
      ANNEMARIE RANTOWICH

Case No.:  18-27736

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/26/2020 on notice to ANDREA SILVERMAN

PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to approve Loan Modification by 3/4/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to approve Loan Modification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.