Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–27736–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

AnneMarie Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

Social Security No.:
xxx–xx–7055

xxx–xx–1136

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Stacey L. Meisel on

Date:          March 25, 2020
Time:          10:00 AM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

*109* – Motion to Approve Loan Modification with Specialized Loan Servicing Filed by Andrea Silverman on behalf of AnneMarie Rantowich, Joseph Rantowich. Objection deadline is 03/17/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certification # 4 Certificate of Service) (Silverman, Andrea) Modified on 3/3/2020 (Heim, Robert). HEARING SCHEDULED FOR 3/25/2020 AT 10:00 AM ON PAPERS SERVED. COURT WILL SCHEDULE TO SAME.

and transact such other business as may properly come before the meeting.


Dated: March 3, 2020
JAN: rah

Jeanne Naughton
Clerk