Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27736−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

AnneMarie Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

Social Security No.:
xxx−xx−7055

xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Stacey L. Meisel on

Date:         March 25, 2020
Time:         10:00 AM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

*109* − Motion to Approve Loan Modification with Specialized Loan Servicing Filed by Andrea Silverman on behalf of AnneMarie Rantowich, Joseph Rantowich. Objection deadline is 03/17/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certification # 4 Certificate of Service) (Silverman, Andrea) Modified on 3/3/2020 (Heim, Robert). HEARING SCHEDULED FOR 3/25/2020 AT 10:00 AM ON PAPERS SERVED. COURT WILL SCHEDULE TO SAME.

and transact such other business as may properly come before the meeting.


Dated: March 3, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Rantowich  
AnneMarie Rantowich  
    Debtors

Case No. 18-27736-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 03, 2020  
                         Form ID: 173     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
```
db/jdb         +Joseph Rantowich,    AnneMarie Rantowich,    7 West Ellice Street,    Lincoln Park, NJ 07035-1327
cr             +SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT,    Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:19
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
```
              Andrea   Silverman     on behalf of Joint Debtor AnneMarie   Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Andrea   Silverman     on behalf of Debtor Joseph   Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Craig Scott Keiser     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers     on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
               FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Peter E. Meltzer     on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING
               AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```