Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−27736−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

AnneMarie Rantowich
7 West Ellice Street
Lincoln Park, NJ 07035

Social Security No.:
xxx−xx−7055

xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/27/20 at 10:00 AM

to consider and act upon the following:

*116* − Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 2/26/2020 to 3/25/2020, fee: $900.00, expenses: $0. Filed by Andrea Silverman. Objection deadline is 5/4/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Silverman, Andrea)

*117* − Objection to Debtor(s) Attorney's Application for Compensation (related document:116 Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 2/26/2020 to 3/25/2020, fee: $900.00, expenses: $0. Filed by Andrea Silverman. Objection deadline is 5/4/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Joseph Rantowich, Joint Debtor AnneMarie Rantowich) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court