Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27736−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Rantowich                                                   AnneMarie Rantowich
   7 West Ellice Street                                              7 West Ellice Street
   Lincoln Park, NJ 07035                                    Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−7055                                                           xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/27/20 at 10:00 AM

to consider and act upon the following:

*116* − Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 2/26/2020 to 3/25/2020, fee: $900.00, expenses: $0. Filed by Andrea Silverman. Objection deadline is 5/4/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Silverman, Andrea)

*117* − Objection to Debtor(s) Attorney's Application for Compensation (related document:116 Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 2/26/2020 to 3/25/2020, fee: $900.00, expenses: $0. Filed by Andrea Silverman. Objection deadline is 5/4/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Joseph Rantowich, Joint Debtor AnneMarie Rantowich) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/5/20

                                                                                       Jeanne Naughton
                                                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-27736-SLM
Joseph Rantowich                                                  Chapter 13
AnneMarie Rantowich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: May 05, 2020
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
db/jdb        +Joseph Rantowich,   AnneMarie Rantowich,   7 West Ellice Street,   Lincoln Park, NJ 07035-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
          Andrea   Silverman    on behalf of Joint Debtor AnneMarie  Rantowich court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Andrea   Silverman    on behalf of Debtor Joseph  Rantowich court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
           CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
           CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
           FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
          Peter E. Meltzer    on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com,
           ibernatski@wglaw.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING
           AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10