Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27736−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Rantowich | AnneMarie Rantowich |
| 7 West Ellice Street | 7 West Ellice Street |
| Lincoln Park, NJ 07035 | Lincoln Park, NJ 07035 |

Social Security No.:
  xxx−xx−7055                                      xxx−xx−1136

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 16, 2019.

On 5/11/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                   June 10, 2020
Time:                  08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 12, 2020
JAN: lc

                                                                      Jeanne Naughton
                                                                      Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                             Case No. 18-27736-SLM
Joseph Rantowich                                                   Chapter 13
AnneMarie Rantowich
      Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: May 12, 2020
                              Form ID: 185               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db/jdb         +Joseph Rantowich,    AnneMarie Rantowich,    7 West Ellice Street,    Lincoln Park, NJ 07035-1327
cr             +SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517780074       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517739468       Celentano, Stadtmauer & Walentowicz,    Northview Office Park,    1035 Route 46 East,
                 PO Box 2594,    Clifton, NJ 07015-2594
517739469      +Celentano, Stadtmauer & Walentowicz, LLP,    Notchwich Office Park,     1035 Route 46 East,
                 PO Box 2594,    Clifton, NJ 07015-2594
517739470       Chilton Memorial Hospital,    PO Box 824638,    Philadelphia, PA 19182-4638
517739471      +Dermatology Group PC,    PO Box 827245,   Philadelphia, PA 19182-7245
517832800       EMER PHY ASSOC NORTH JERSEY,PC,     PO Box 1123,    Minneapolis, MN 55440-1123
517739473      +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
518172575      +Franklin Lakes Imaging Group,    784 Franklin Avenue,    STe 120,   Franklin Lakes, NJ 07417-1306
517739474      +Household Finance Corporation III,    c/o Corporation Trust Company, RA,     820 Bear Tavern Road,
                 Trenton, NJ 08628-1021
517739475       Imaging Subspecialist of NJ, LLC,    PO Box 3607,    Evansville, IN 47735-3607
517739477       Jeffrey Weiss, MD,    44 Route 23 North,    Ste 6,   Ridgewood, NJ 07451
517739478      +Johnathan Levine, MD,    Riverdale, NJ 07457
517739479       Kohl's/Capone,    PO Box 13115,   Milwaukee, WI 53201
517739480      +Mazda Capital Services c/o Chase,    PO Box 78704,    Phoenix, AZ 85062-8704
517739481      +New Jersey Orthopedic Specialist,    730 Palisade Aveneu,    Teaneck, NJ 07666-3144
517739482      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road, Ste 100,    Mount Laurel, NJ 08054-3437
517739483      +Phelan, Hallinan & Diamond,    400 Fellowship Road,    Suite 100,   Mount Laurel, NJ 08054-3437
517944860      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517944861      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517739485       Summit Medical Groupt,    Attn. #8549X,    PO Box 14000,   Belfast, ME 04915-4033
517864201       U.S. Bank National Association, as Trustee ET.AL.,     Wells Fargo Bank, N.A.,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
517739488      +Wells Fargo/ASC,    PO Box 1820,   Newark, NJ 07101-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 12 2020 23:38:46       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2020 23:38:45       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:43:18
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
517854741       E-mail/Text: g20956@att.com May 12 2020 23:39:14       AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517739466       E-mail/Text: bkrpt@retrievalmasters.com May 12 2020 23:38:44
                 American Medical Collection Agency,    PO Box 1235,   Elmsford, NY 10523-0935
517739467      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 23:44:05        Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
517742987      +E-mail/Text: bankruptcy@cavps.com May 12 2020 23:39:04       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517739472       E-mail/Text: G06041@att.com May 12 2020 23:39:08       Direct TV,   PO Box 6550,
                 Englewood, CO 80155
517739476       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 12 2020 23:38:03       Internal Revenue Service,
                 SBSE/Insolvency Unit of the IRS,    PO Box 330500-Stop 15,    Detroit, MI 48232
517826831      +E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 23:38:44       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517764990       E-mail/PDF: cbp@onemainfinancial.com May 12 2020 23:44:18       ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517868045       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:54
                 Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,    POB 41067,   Norfolk VA 23541
518297663       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:21
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517869018       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:20
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
517866325       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:20
                 Portfolio Recovery Associates, LLC,    c/o Lowe's,    POB 41067,   Norfolk VA 23541
517739484      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:20
                 PRA Rceivables Management, LLC,    PO Box 12914,   Norfolk, VA 23541-0914
517815935      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2020 23:39:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 12, 2020
                              Form ID: 185             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517741192        +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:43:42       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517754764        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2020 23:56:16       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517739486        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 12 2020 23:35:44
                 Verizon,    PO Box 920041,    Dallas, TX 75392-0041
517739487        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 12 2020 23:35:44
                 Verizon Wireless,    PO Box 408,    Newark, NJ 07101-0408
                                                                                                 TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518297662*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Andrea   Silverman    on behalf of Debtor Joseph  Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Andrea   Silverman    on behalf of Joint Debtor AnneMarie  Rantowich court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
               FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
              Peter E. Meltzer    on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING
               AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 10
```