UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joseph and AnneMarie Rantowich

Case No.: _____18-27736_____

Chapter: _____13_____

Judge: _____GAMBARDELLA_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Andrea Silverman_____

This will confirm that on _____5/11/20_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _J_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: 5/12/20_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                    Case No. 18-27736-SLM
Joseph Rantowich                                          Chapter 13
AnneMarie Rantowich
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 12, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db/jdb        +Joseph Rantowich,    AnneMarie Rantowich,    7 West Ellice Street,    Lincoln Park, NJ 07035-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
          Andrea  Silverman    on behalf of Joint Debtor AnneMarie  Rantowich court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Andrea  Silverman    on behalf of Debtor Joseph  Rantowich court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
           CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
           CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT
           FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com
          Peter E. Meltzer    on behalf of Creditor    OneMain Financial Group, LLC pmeltzer@wglaw.com,
           ibernatski@wglaw.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICING
           AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 10