| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph Rantowich<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7055<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | AnneMarie Rantowich<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1136<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–27736–SLM | | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joseph Rantowich                                            AnneMarie Rantowich

   12/10/21                                                    **By the court:** <u>Stacey L. Meisel</u>
                                                                               United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Rantowich  
AnneMarie Rantowich  
    Debtors

Case No. 18-27736-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 10, 2021     Form ID: 3180W     Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Rantowich, AnneMarie Rantowich, 7 West Ellice Street, Lincoln Park, NJ 07035-1327 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517739468 | | Celentano, Stadtmauer & Walentowicz, Northview Office Park, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 517739469 | + | Celentano, Stadtmauer & Walentowicz, LLP, Notchwich Office Park, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 517739470 | | Chilton Memorial Hospital, PO Box 824638, Philadelphia, PA 19182-4638 |
| 517739471 | + | Dermatology Group PC, PO Box 827245, Philadelphia, PA 19182-7245 |
| 517832800 | | EMER PHY ASSOC NORTH JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518172575 | + | Franklin Lakes Imaging Group, 784 Franklin Avenue, STe 120, Franklin Lakes, NJ 07417-1306 |
| 517739474 | + | Household Finance Corporation III, c/o Corporation Trust Company, RA, 820 Bear Tavern Road, Trenton, NJ 08628-1021 |
| 517739475 | | Imaging Subspecialist of NJ, LLC, PO Box 3607, Evansville, IN 47735-3607 |
| 517739477 | | Jeffrey Weiss, MD, 44 Route 23 North, Ste 6, Ridgewood, NJ 07451 |
| 517739478 | + | Johnathan Levine, MD, Riverdale, NJ 07457 |
| 517739479 | | Kohl's/Capone, PO Box 13115, Milwaukee, WI 53201 |
| 517739480 | + | Mazda Capital Services c/o Chase, PO Box 78704, Phoenix, AZ 85062-8704 |
| 517739481 | + | New Jersey Orthopedic Specialist, 730 Palisade Aveneu, Teaneck, NJ 07666-3144 |
| 517739482 | + | Phelan Hallinan & Diamond, PC, 400 Fellowship Road, Ste 100, Mount Laurel, NJ 08054-3437 |
| 517739483 | + | Phelan, Hallinan & Diamond, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517944860 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517944861 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 517739485 | | Summit Medical Group, Attn. #8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 518841299 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517864201 | #+ | U.S. Bank National Association, as Trustee ET.AL., Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517739488 | + | Wells Fargo/ASC, PO Box 1820, Newark, NJ 07101-1820 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 11 2021 01:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 517854741 | + EDI: CINGMIDLAND.COM | Dec 11 2021 01:33:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517739466 | EDI: RMCB.COM | Dec 11 2021 01:33:00 | American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 517739467 | + EDI: CAPITALONE.COM | Dec 11 2021 01:33:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517780074 | EDI: BL-BECKET.COM | Dec 11 2021 01:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517742987 | + Email/Text: bankruptcy@cavps.com | Dec 10 2021 20:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517739472 | EDI: DIRECTV.COM | Dec 11 2021 01:33:00 | Direct TV, PO Box 6550, Englewood, CO 80155 |
| 517739473 | + EDI: AMINFOFP.COM | Dec 11 2021 01:33:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 517739476 | EDI: IRS.COM | Dec 11 2021 01:33:00 | Internal Revenue Service, SBSE/Insolvency Unit of the IRS, PO Box 330500-Stop 15, Detroit, MI 48232 |
| 517826831 | + EDI: MID8.COM | Dec 11 2021 01:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517764990 | EDI: AGFINANCE.COM | Dec 11 2021 01:33:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517868045 | EDI: PRA.COM | Dec 11 2021 01:33:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518297663 | EDI: PRA.COM | Dec 11 2021 01:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517869018 | EDI: PRA.COM | Dec 11 2021 01:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517866325 | EDI: PRA.COM | Dec 11 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517739484 | + EDI: PRA.COM | Dec 11 2021 01:33:00 | PRA Rceivables Management, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 517815935 | + EDI: JEFFERSONCAP.COM | Dec 11 2021 01:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517741192 | + EDI: RMSC.COM | Dec 11 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517754764 | + EDI: AIS.COM | Dec 11 2021 01:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517739486 | + EDI: VERIZONCOMB.COM | Dec 11 2021 01:33:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |
| 517739487 | + EDI: VERIZONCOMB.COM | Dec 11 2021 01:33:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

518297662    *P++    PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

**Name** — **Email Address**

Craig Scott Keiser
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12 craig.keiser@law.njoag.gov

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Jenee K. Ciccarelli
on behalf of Debtor Joseph Rantowich info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli
on behalf of Joint Debtor AnneMarie Rantowich info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Marie-Ann Greenberg
magecf@magtrustee.com

Nicholas V. Rogers
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC AS SERVICING AGENT FOR CREDIT SUISSE ET.AL. nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-12 nj.bkecf@fedphe.com

Peter E. Meltzer
on behalf of Creditor OneMain Financial Group LLC pmeltzer@wglaw.com, ibernatski@wglaw.com

Rebecca Ann Solarz
on behalf of Creditor U.S. Bank National Association as Trustee, et al... rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10